UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED. ___1·28·20___

NICHOLAS NESBETH,

                        Plaintiff,            17-cv-8650 (JGK)

            - against -             ORDER

NEW YORK CITY MANAGEMENT, LLC, ET
AL.

                      Defendants.

JOHN G. KOELTL, District Judge:

    This case is referred to Magistrate Judge Cave for general

pretrial matters.


SO ORDERED.


Dated:    New York, New York
           January 27, 2020

                              John G. Koeltl
                     United States District Judge