

TEL: 212.980.9600

> The requested adjournment of the February 10, 2020 telephone conference is GRANTED. The issues to be discussed at that conference will now be addressed at the pre-settlement conference scheduled for February 14, 2020.
>
> The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 226.
>
> SO ORDERED          2/6/2020
>
> SARAH L. CAVE
> United States Magistrate Judge

February 5, 2020

**VIA ECF**

Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 702
New York, New York 10007

Re: Nicolas Nesbeth v. NYC Management et. al.
Docket No.: 17-cv-8650 (JGK)(SLC)

Dear Judge Cave:

We represent Defendant Hamilton Heights Clusters Associates, L.P. ("HHCA LP") in the above-referenced matter. Pursuant to the Court's January 29, 2020 Order, this matter is scheduled for a telephone conference on February 10, 2020 at 11:00 a.m. to discuss outstanding discovery. I am scheduled to participate in an all-day private mediation on February 10, 2020 in another matter, which was arranged with clients, counsel for the parties, and the mediator prior to receiving the Court's Order. Due to the scheduling conflict, we write with the consent of all parties to request and adjournment of the February 10, 2020 telephone conference. We have conferred and all counsel are available in the morning of Thursday, February 13, 2020 after 9:30 a.m., or a date thereafter that is convenient for the Court.[1] This is HHCA LP's first request for adjournment of the telephone conference.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

Laura B. Juffa

cc: (via ECF)
    All Counsel of Record

---

[1] For scheduling purposes, we note that the parties are scheduled to participate in a Pre-Settlement Telephone Conference with Your Honor on February 14, 2020 at 11:00 a.m.

NEW YORK         NEW JERSEY         CONNECTICUT         CALIFORNIA

6222915