UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS NESBETH,

                Plaintiff,

against

NEW YORK CITY MANAGEMENT LLC, et al.,

                Defendants.

CIVIL ACTION NO.: 17 Civ. 8650 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a lengthy discovery conference in this matter today, February 14, 2020. The parties discussed Plaintiff's Motion to Compel defendants to produce outstanding at discovery (ECF No. 219), the Defendants' responses (ECF Nos. 220 and 221); Defendants' letter regarding Plaintiff's outstanding discovery (ECF No. 228), and Plaintiff's response (ECF No. 232).

The parties are directed to exchange the pre-settlement conference documents as outlined during the conference. The settlement conference scheduled for Friday, February 21, 2020 will be held as planned. (ECF No. 218).

After the Settlement Conference, and if it remains necessary, the Court will address the Motion for an Extension of Time to complete discovery. (ECF No. 224).

Dated:     New York, New York
            February 14, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**