UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS NESBETH,

                  Plaintiff,

against

NEW YORK CITY MANAGEMENT LLC, et al.,

                  Defendants.

CIVIL ACTION NO.: 17 Civ. 8650 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Order at ECF No. 120, the Aimco Defendants (defined therein as Aimco; Aimco Properties, L.P.; and Aimco Inc.) were dismissed from the case with prejudice. (ECF No. 120 at 9–12). Accordingly, the Clerk of Court is respectfully directed to **terminate from the docket** the Defendant Aimco Properties.

Additionally, the Clerk of Court is respectfully directed to **terminate from the docket** the Defendant "Mr. Urban Green Management, LLC," as this entity was not named in the Second Amended Complaint and is not a party to this action. (ECF No. 138).

Dated:     New York, New York
            February 21, 2020

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**