UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS NESBETH,

                Plaintiff,        17-cv-8650 (JGK)

    - against -             ORDER ~~OF~~
                                                    ~~DISCONTINUANCE~~
NEW YORK CITY MANAGEMENT, LLC, ET
AL.,

                Defendants.

**JOHN G. KOELTL, District Judge:**

    It having been reported to this Court that the parties have settled this action, but that settlement requires Court approval pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015), the parties should advise the Court by **March 6, 2020** whether they consent to reference of this case to Magistrate Judge Cave so that she can pass upon the reasonableness of the settlement.

    If the parties do not consent to reference to Magistrate Judge Cave, the parties should submit a memorandum to the Court no later than **March 20, 2020** explaining the reasonableness of the settlement including any provisions for attorney's fees. The memorandum should include a calculation of the lodestar for any attorney's fees sought by the plaintiff.

All pending motions are dismissed as moot. All conferences are canceled.

**SO ORDERED.**

Dated: **New York, New York**
**February 26, 2020**

_____
**John G. Koeltl**
**United States District Judge**