UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS NESBETH,

                Plaintiff,

v.

NEW YORK CITY MANAGEMENT LLC, *et al.*

                Defendants.

Civil Case No:
1:17-CV-08650 (JGK) (SLC)

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiff Nicholas Nesbeth and New York City Management LLC, The Besen Group, Michael Besen, Nancy Black, Sanjay Ghandi, Hamilton Heights Cluster Associates LP, Urban Green Management LLC and Safeguard Realty Management, Inc. ("collectively Defendants") that, pursuant to Federal Rule of Civil Procedure 41(a)(1), this action is dismissed with prejudice as to all Parties, including dismissal of any crossclaims asserted by any Defendant against another Defendant, and without costs or attorneys' fees to either party as against the other.

**IT IS FURTHER STIPULATED AND AGREED,** by and between the Plaintiff and Defendants that a facsimile copy of this Stipulation shall have the same binding effect as an original thereof.

Dated: ~~April~~ May 13, 2020
New York, New York

_____
Laurie E. Morrison
LAW OFFICES OF LAURIE MORRISON
*Attorneys for Plaintiff*
100 Church Street, Suite #801
New York, New York 10007
Telephone: (212) 721-4051
morrison@lemorrisonlaw.com

_____
Stacey Pitcher
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
*Attorneys for NYC Management, the Besen Group, Michael Besen, Sanjay Ghandi and Nancy Black*
900 Chapel Street, 10th Floor
New Haven, CT 06510
Telephone: (860) 706-0141
Stacey.pitcher@obermayer.com

1 of 2

6371468

_____
Laura B. Juffa
KAUFMAN BORGEEST & RYAN LLP
*Attorneys for Hamilton Heights Cluster Associates L.P.*
120 Broadway, 14th Floor
New York, New York 10271
Telephone: (212) 980-9600
ljuffa@kbrlaw.com

_____
Andrew W. Hayes
*Attorneys for Urban Green Management*
Telephone: 917-770-0180
andrewhayes@gmail.com

_____
Keith Brandofino
KILPATRICK TOWNSEND & STOCKTON LLP
*Attorney for Safeguard Realty Management, Inc.*
The Grace Building
1114 Avenue of the Americas
New York, NY  10036-7703
Telephone: (212) 775 8713
kbrandofino@kilpatricktownsend.com

So-Ordered:

_____

6371468